# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-347-785**
**Effective Date of Registration:**
May 18, 2023
**Registration Decision Date:**
May 18, 2023



## Title

**Title of Work:** Brooklyn the English Bulldog Sleeping

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** April 11, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** Jessica Dawn Haulter
  **Author Created:** photograph
  **Citizen of:** United States
  **Year Born:** 1980

## Copyright Claimant

**Copyright Claimant:** Jessica Dawn Haulter
8114 Bluestar Circle, Orlando, FL, 32819, United States

## Rights and Permissions

**Organization Name:** Beusse Sanks, PLLC
**Name:** Terry M. Sanks
**Email:** copyrights@firstiniplaw.com
**Telephone:** (407)222-7825
**Alt. Telephone:** (407)644-8888
**Address:** 157 E. New England Avenue
Suite 375
Winter Park, FL 32789 United States

Page 1 of 2

## Certification

**Name:** Terry M. Sanks
**Date:** May 16, 2023
**Applicant's Tracking Number:** 20119-001

**Correspondence:** Yes