AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     **1:23-cv-05844-JPB**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Jessica Dawn Haulter
was recieved by me on  12/21/2023:

- [X] I personally served the summons on the individual at **8114 Bluestar Circle, Orlando, FL 32819** on **12/21/2023 at 7:03 AM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

I declare under penalty of perjury that this information is true.

Date: **12-21-23**

_____
Server's signature

**THOMAS GILES**
Printed name and title

**2014 LEISURE DR
WINTER HAVEN, FL 33881**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to Jessica Dawn Haulter with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 25-35 years of age, 5'8"-5'10" tall and weighing 120-140 lbs.**





Tracking #: 0120648104