UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAUREN M. HEPPOLETTE,<br><br>Plaintiff,<br><br>v.<br><br>DFJ VINHOS, S.A., et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:23-cv-05844-JPB |

## ORDER

Plaintiff filed this action on December 19, 2023. [Doc. 1]. To date, Plaintiff has not completed and filed the AO Form 121.

No later than January 19, 2024, Plaintiff is **ORDERED** to show cause why this case should not be dismissed for failure to comply with Local Rule of Civil Procedure 3.4. The Clerk is **DIRECTED** to submit the case at the expiration of the applicable time period.

**SO ORDERED** this 4th day of January, 2024.

J. P. BOULEE
United States District Judge