Dawn Geary

So just wanted to loop you guys in since this involves you too. Haha. It's so wild. So I spoke with an international IP lawyer my company uses. He said it's a pretty direct instance. Even though they have changed a few things if you print the image out and lay it across their image it lines up completely. So it would be considered a "derivative" work. Unfortunately for them, you still need permission to create a derivative work. They also apparently use this image on a LOAD of their products, not just the red blend. If they had just kept to Portugal it would have been harder, but since they are distributed in the US it opens more doors.
I submitted copies of the photo that I had, but I'm not sure if you all had any others (if you do it would be ideal).

The lawyer said he's happy to do it all on a contingency basis since it seems pretty straight forward. That basically means nobody has to pay him anything but if we do get paid he'll take a larger %. I said I was Ok with that because something is better than nothing. If anything does come out of this, obviously you're included. Does that mean our kids are getting their college paid? Haha. I dunno. But even if we get a case of wine it's something!

As long as you all are cool with this too I will let him know and I'll keep you posted. The first thing he is going to do is send a letter like "uuhhhh...so wtf?" And see where that goes.

You guys can also call me at 502-553-2140 if you wanna chat about it! It's sooooo crazy!!!
♥ John Heppolette

Apr 19, 2023 2:03:13pm

John Heppolette

I'm cool with this! It's one thing to steal an image for web/social media BS, but to profit off it is an entirely new level of scummy.

Apr 19, 2023 2:36:40pm

John Heppolette

John reacted ♥ to your message

Apr 21, 2023 2:02:45pm

Dawn Geary

It's just wild. I pay out thousands of dollars a year to use images created by other people in our advertising/branding. I can't imagine ever doing this. It's wild!

Apr 19, 2023 2:43:54pm

Dawn Geary

Ok. So I spoke with the lawyer and the suggestion is taking down the image you have on Flickr, so that they can't say that is where they got it from either. That way they can't say that there were multiple photos available and the process needs to start again and/or discredit the claim.

Apr 21, 2023 3:43:35am

John Heppolette

Would it be acceptable if we set it to private rather than outright delete it?

Apr 21, 2023 11:32:28am

Dawn Geary

Yeah I think that's fine!

Apr 21, 2023 1:01:47pm

Dawn Geary

Their responses have been sooooo ridiculous. They sent us two photos of completely different looking bulldogs and said that their graphic designer made an original charcoal drawing based off of these two bulldogs…that just so happen to look 99.9% like that photo of Brooklyn. Haha
♥ John Heppolette
♥ Laura Moss Heppolette

Apr 21, 2023 1:02:56pm

John Heppolette

John reacted ♥ to your message

Apr 19, 2023 2:36:43pm

Laura Moss Heppolette

Reacted ♥ to your message

Apr 21, 2023 3:43:04pm

Laura Moss Heppolette

Gosh. Seeing it in person and holy shoot that is Brooklyn and our photo!

Apr 29, 2023 5:32:59pm

Laura Moss Heppolette





Apr 29, 2023 5:33:13pm

Laura Moss Heppolette

Is there anything you need us to do??

Apr 29, 2023 5:33:16pm

Dawn Geary

Nope. It's all in the lawyer's hands now

Apr 29, 2023 5:44:30pm

Dawn Geary

Now we just wait

Apr 29, 2023 5:44:36pm

Dawn Geary

Just wanted to let you know that next week the paperwork will be filed in the US court (Orange County, Florida) and they will be served later in the week. The lawyer was waiting for the image copyright with the state department to finally come in (which it has). We will see what they say, but these things move slowly I am told!

Jun 22, 2023 5:01:28pm

Dawn Geary

Not state department (sorry I am in work mode) the US Copyright office

Jun 22, 2023 5:02:33pm

Laura Moss Heppolette

That's great news!!

Jun 22, 2023 5:03:09pm

Laura Moss Heppolette

We keep seeing it at John's Costco warehouse

Jun 22, 2023 5:03:50pm

Dawn Geary

Yeah he's demanding a jury trial in the US to try and force settlement, because he named anyone who Carries the wine in the US (total wine, Costco, ABC liquors, etc) as co-defendants

Jun 22, 2023 5:04:22pm

Laura Moss Heppolette

Oh wow yes that is the way to do it!!

Jun 22, 2023 5:04:39pm

Dawn Geary

He said that may help them from dragging it out for years

Jun 22, 2023 5:04:46pm

Dawn Geary

Apparently they provide 10 million bottles a year and have use the label since 2015

Jun 22, 2023 5:05:19pm

Laura Moss Heppolette

Oh my gosh

Jun 22, 2023 5:05:34pm

Dawn Geary

But we still may just walk away with $2 because…lawyers. Haha
😆 Laura Moss Heppolette
🖤 Dawn Geary

Jun 22, 2023 5:05:59pm

Laura Moss Heppolette

Reacted 😆 to your message

Jun 22, 2023 5:08:25pm

Dawn Geary

I'm

Jun 22, 2023 5:08:40pm

Dawn Geary

You started a call.

Jun 22, 2023 5:09:09pm

Dawn Geary

You joined the call.

Jun 22, 2023 5:09:13pm

Dawn Geary

The call ended.

Jun 22, 2023 5:09:17pm

Laura Moss Heppolette

I get email notifications over the years when someone 'liked' a photo on Flickr - I wonder if I can find if they did years ago

Jun 22, 2023 5:09:29pm

Dawn Geary

Yeah. I dunno. I have it on my Flickr and in my Facebook too. Plus it was on my MySpace for a bit too. There are so many ways they could have seen it. Just sucks for them that they did. Haha

Jun 22, 2023 6:08:04pm

Dawn Geary

So just an update. They were served and I just got off the phone with the lawyer and they are filing a bunch of paperwork to have it moved to Portugal and out of the US. So, not ideal...

Jul 24, 2023 2:20:51pm

Dawn Geary

*they - the wine maker

Jul 24, 2023 2:21:04pm

Laura Moss Heppolette

Dang!

Jul 24, 2023 2:31:21pm

Laura Moss Heppolette

Maybe they won't be allowed because it's product sold in the us and a us right on the photo

Jul 24, 2023 2:43:32pm

Laura Moss Heppolette



Oct 17, 2023 11:05:04pm

Laura Moss Heppolette

Are you kidding me???

Did you forget I run a law firm? I know how to work Pacer and know how to look up a case.

Oct 17, 2023 11:06:35pm

Dawn Geary

Laura. What are you talking about?!?! Please call me

Oct 18, 2023 12:18:53pm

Dawn Geary

There is NOTHING deceitful going on here.

Oct 18, 2023 12:19:08pm

Dawn Geary

Please call me.

Oct 18, 2023 12:19:44pm

Dawn Geary

@Laura Moss Heppolette I don't know what you think is happening right now. I know you are angry but please call me

Oct 18, 2023 12:20:30pm

Dawn Geary

You started a call.

Oct 18, 2023 12:22:08pm