UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAURA M. HEPPOLETTE,<br><br>Plaintiff,<br><br>v.<br><br>DFJ VINHOS, S.A., et al.,<br><br>Defendants. | CIVIL ACTION NO.:<br>1:23-CV-05844-JPB |

## **ORDER**

Local Rule 16.2 requires parties to submit a Joint Preliminary Report and Discovery Plan. "The completed form must be filed within thirty days after the appearance of the first defendant by answer or motion or within thirty days after a removed case is filed in this Court." LR 16.2. To date, the parties have not submitted their plan even though Defendants filed a Motion to Dismiss on January 11, 2024.

The parties are **HEREBY ORDERED** to file the Joint Preliminary Report and Discovery Plan no later than May 7, 2024. The parties are notified that a failure to comply with this Order may result in sanctions, including dismissal. In

the event a Joint Preliminary Report and Discovery Plan is not filed, the Clerk is **DIRECTED** to submit the case at the expiration of the applicable time period.

**SO ORDERED** this 23rd day of April, 2024.

_____
J. P. BOULEE
United States District Judge