# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LAURA M. HEPPOLETTE,<br><br>    Plaintiff,<br><br>v.<br><br>DFJ VINHOS, S.A. a Portuguese Corporation, and JESSICA HAULTER,<br><br>    Defendants. | CASE NO.: 1:23-cv-05844-JPB |

## NOTICE OF DISMISSAL

COMES NOW, Plaintiff Laura M. Heppolette ("Plaintiff") and hereby submits this Notice of Dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action against Defendant Jessica Haulter without prejudice and against Defendant DFJ Vinhos, S.A. with prejudice.

Respectfully submitted on May 22, 2024.

/s/ *Nicholas Sears*
Bryan M. Knight
Georgia Bar No. 142401
Jonathan M. Palmer
Georgia Bar No. 453452
Nicholas Sears
Georgia Bar No. 491480
W. Lawton Jordan
Georgia Bar No. 119651

*Attorneys for Plaintiff*

**KNIGHT PALMER, LLC**
One Midtown Plaza
1360 Peachtree Street, Suite 1201
Atlanta, Georgia 30309
P: (404) 228-4822
F: (404) 228-4821
bknight@knightpalmerlaw.com
jpalmer@knightpalmerlaw.com
nsears@knightpalmerlaw.com
ljordan@knightpalmerlaw.com

## **CERTIFICATE OF COMPLIANCE**

In accordance with Local Rules 5.1 and 7.1 (D), the undersigned counsel certifies that the foregoing response brief has been prepared in Century Schoolbook 13-point font as permitted and approved by the Court in Local Rule 5.1 (C) and otherwise complies with the requirements of Local Rule 7.1 (D).

>  */s/ Nicholas Sears*
> Nicholas Sears
> Georgia Bar No. 491480

**KNIGHT PALMER, LLC**
One Midtown Plaza
1360 Peachtree Street, Suite 1201
Atlanta, Georgia 30309
P: (404) 228-4822
F: (404) 228-4821
nsears@knightpalmerlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing NOTICE OF DISMISSAL with the Clerk of Court by using the CM/ECF system, and that I have served a copy of such filing via electronic mail to:

**WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC**
Nicholas P. Panayotopoulos
npanayo@wwhgd.com
J. Hilliard Burton
hburton@wwhgd.com
3344 Peachtree Road, NE, Suite 2400
Atlanta, Georgia 30326

**COFFY LAW, LLC**
Emmanuel Coffy
Emmanuel.coffy@coffylaw.com
515 Valley Street, Suite 1
Maplewood, New Jersey 07040

**MOORE PEQUIGNOT LLC**
W. Andrew Pequignot
andrew@themoorefirm.com
Lisa F. Moore
lisa@themoorefirm.com
887 West Marietta Street
Suite M-102
Atlanta, Georgia 30318

So certified this 22nd day of May, 2024.

*/s/ Nicholas Sears*
Nicholas Sears
Georgia Bar No. 491480

**KNIGHT PALMER, LLC**

One Midtown Plaza
1360 Peachtree Street, Suite 1201
Atlanta, Georgia 30309
P: (404) 228-4822
F: (404) 228-4821
nsears@knightpalmerlaw.com